■ In the Matter of JAMIE BAYLEY, Respondent, v PHILLIP BAYLEY, Appellant. [26 NYS3d 918]—Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered January 24, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted the petition to modify a visitation order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Smith, Carni, Nemoyer and Curran, JJ.